**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

*Electronically Filed*

| | |
|---|---|
| CHARLES MILES,<br><br>        Plaintiff,<br>vs.<br><br>CKS FINANCIAL, LLC, et al.<br><br>        Defendants. | Case No. 3:22-cv-3-RGJ |

### NOTICE OF REMOVAL

Defendants Webcollex, LLC d/b/a CKS Financial (improperly named in the Complaint as CKS Financial, LLC) and CKS Prime Investments, LLC (collectively "Defendant"), through its counsel, Gordon Rees Scully Mansukhani, LLP, pursuant to 28 U.S.C. §§ 1331, 1391, 1441, and 1446, hereby give notice of the removal of this lawsuit from the Nelson County Circuit Court, to the United States District Court for the Western District of Kentucky, Louisville Division. In support of this Notice of Removal, Defendant respectfully submits the following:

1. On November 24, 2021, Plaintiff Charles Miles ("Plaintiff") filed an action in the Nelson County Circuit Court, entitled *Charles Miles v. CKS Financial, LLC, et al.*, Case No. 21-CI-00552.

2. Plaintiff served Defendant with a copy of the Complaint on December 3, 2021. True and accurate copies of the Complaint and Proof of Service reflecting the service date are attached as **Exhibit A**.

3. No other pleadings have been filed, entered, served, or issued at this time.

4. Plaintiff's Complaint asserts violations pursuant to 15 U.S.C. § 1692, known as the Fair Debt Collection Practices Act.

5. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over actions involving federal questions.

6. Pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in the United States District Court for the Western District of Kentucky, Louisville Division, as a substantial part of the alleged events giving rise to the Plaintiff's claims purportedly occurred within this judicial district.

7. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is properly directed to this Court, as the United States District Court for the Western District of Kentucky, Louisville Division, is the District Court embracing the Nelson County Circuit Court in Nelson County, Kentucky, where Plaintiff's Complaint is currently pending.

8. Pursuant to 28 U.SC. § 1446(b)(2)(A), Defendant removes this action and no other party must join in the removal of this action.

9. Pursuant to 28 U.S.C. § 1446(b), removal is timely because this Notice is being filed within 30 days of Defendant's receipt of documents from which it may first be ascertained the case is one which has become removable.

10. As required by 28 U.S.C. § 1446(d), Defendant has issued written Notice of Filing of Notice of Removal to Zachary L. Taylor—counsel for Plaintiff—at 130 Saint Matthews Avenue, Suite 301, Louisville, Kentucky 40207, and Defendant has filed this Notice of Removal with the Clerk of Court for Nelson County Circuit Court contemporaneously with this filing.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1391, 1441, and 1446, Defendant, respectfully gives notice that the above action, now pending against in the Nelson County Circuit Court, is removed to the United States District Court for the Western District of Kentucky,

Louisville Division.

                    Respectfully submitted,

                    */s/ Denise M. Motta*
                    Denise M. Motta
                    Gordon Rees Scully Mansukhani LLP
                    325 W. Main Street, Suite 2300
                    Louisville, KY 40202
                    (502) 371-1254
                    Fax (502) 804-4630
                    dmotta@grsm.com
                    *Attorney for Defendants Webcollex, LLC*
                    *d/b/a CKS Financial and*
                    *CKS Prime Investments, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served via electronic service to all parties of record through the Court's CM/ECF system on January 3, 2022.

                    */s/ Denise M. Motta*
                    Denise M. Motta