# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| CHARLES MILES,<br><br>            Plaintiff,<br>vs.<br><br>CKS FINANCIAL, LLC, et al.<br><br>            Defendants. | Case No. 3:22-CV-00003-RGJ-LLK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Charles Miles, and Defendants, Webcollex, LLC d/b/a CKS Financial and CKS Prime Investments, LLC, (collectively the "Parties"), stipulate and agree that all claims asserted by and between the Parties in the above-captioned matter have been resolved and that the above-captioned matter shall be **DISMISSED WITH PREJUDICE**.

Respectfully submitted,

*/s/ Zachary L. Taylor*
Zachary L. Taylor
130 St. Matthews Avenue, Suite 301
Louisville, KY 40207
(502) 822-2500
ztaylor@taylorcouchlaw.com
*Counsel for Plaintiff*

*/s/ Denise L. Motta*
Denise M. Motta
Gordon & Rees Scully Mansukhani, LLP
325 W. Main Street, Suite 2300
Louisville, KY 40202
(502) 371-1253
dmotta@grsm.com
*Counsel for Defendant*

63813745v.2